# UNITED STATES DISTRICT COURT

## EASTERN   DISTRICT OF   CALIFORNIA

—oOo—

UNITED STATES OF AMERICA
v.

MAICO ENCARNACION LOPEZ

### CRIMINAL COMPLAINT

CASE NUMBER: 5:11-mj-00050 JLT

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 12, 2011** in **Kern** County, in the Eastern District of California defendant(s) did,
(Track Statutory Language of Offense)

► **move or travel in foreign commerce with intent to avoid prosecution under the laws of the place from which he fled, for a crime punishable by death or which is a felony under the laws of the place from which he fled, to wit, murder**

in violation of Title **18**, United States Code, Section(s) **1073**. I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

► **See attached affidavit of Special Agent Coyle**, incorporated by reference herein

Continued on the attached sheet and made a part of this complaint: **X**

Signature of Complainant Donna Elayne Coyle
Special Agent
Federal Bureau of Investigation

Sworn to before me, and signed in my presence

9/27/11   *Jennifer L Thurston*   at   Bakersfield, California

Date

Jennifer L. Thurston   U.S. Magistrate Judge

City       State

Name of Judge   Title of Judge

Signature of Judge

**AFFIDAVIT**

I, Donna Elayne Coyle, being duly sworn, do hereby depose and state:

1. I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18 U.S.C. Section 2510(7), in that I am a sworn officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18 U.S.C. Section 2516.

2. I have been employed by the Federal Bureau of Investigation (FBI) since January 2005 and employed by the FBI as a Special Agent since December 2009. I have been assigned to the FBI Sacramento Division, Bakersfield Resident Agency since May 2010.

3. This Affidavit is submitted in support of a federal arrest warrant for MAICO ENCARNACION LOPEZ, who left Kern County and the State of California to avoid prosecution for homicide, a felony in the State of California. The facts in this affidavit are based upon personal information obtained by me and information given to me by other law enforcement officials.

4. On September 12, 2011, the Sierra Vista Elementary School in Arvin, California contacted the Arvin Police Department (hereinafter APD) after two students did not show up for school that day. The two children in question were MARIEL ENCARNACION (hereinafter MARIEL), born March 5, 2002, and LUIS MIGUEL ENCARNACION (hereinafter LUIS), born September 29, 2003, who resided with their mother, MARIELA PENA MENDIZABAL, at 128 Monroe Avenue, Apartment 29, Arvin, California.

1           5.   On September 12, 2011, the APD made unsuccessful

2    attempts to contact persons at 128 Monroe Avenue, Apartment 29,

3    Arvin, California.  Subsequently, APD discovered that the

4    children's father, MAICO ENCARNACION LOPEZ (hereinafter LOPEZ),

5    born October 21, 1975, resided at 296 Langford Avenue, Apartment

6    A, Arvin, California, and vehicles driven by LOPEZ and MENDIZABAL

7    were discovered at LOPEZ's residence.  The APD later the same day

8    made entry into 296 Langford Avenue, Apartment A, Arvin,

9    California via an unlocked door after discovering a towel on the

10   fence of the residence with what appeared to be blood on it.

11   Inside the apartment they found the mother of the two children,

12   MARIELA PENA MENDIZABAL, born September 1, 1984, deceased from

13   what appeared to be blunt force trauma to the head and a deep

14   laceration to the neck.  The two children and their father were

15   missing.

16          6.   Subsequent investigation revealed LOPEZ and the

17   two children visited a family friend, BERTHA MARTINEZ

18   (hereinafter MARTINEZ), via a white truck the morning of

19   September 12, 2011.  LOPEZ sold MARTINEZ a television for $300

20   and told her he needed to go to Mexico to visit his sick father.

21   MARTINEZ began arrangements for someone to drive LOPEZ, MARIEL

22   and LUIS to the Mexican border.  Later the same morning, LOPEZ,

23   MARIEL and LUIS visited MARTINEZ who transported them to her

24   pastor, ANTONIO PALACIOS (hereinafter PALACIOS).  PALACIOS

25   admitted he drove LOPEZ, MARIEL and LUIS to the Greyhound Bus

26   Terminal on 7th Street in Los Angeles, California on September

27   12, 2011, and observed LOPEZ purchase tickets.  Both MARTINEZ and

28   PALACIOS stated LOPEZ was wearing white gloves with what appeared

1  to be blood on them.

2          7.   A *Ramey* Warrant for MAICO LOPEZ ENCARNACION for
3  homicide was issued on September 13, 2011.  Investigation
4  revealed that MAICO ENCARNACION LOPEZ was also known as MAICO
5  LOPEZ ENCARNACION and also known as MICHAEL ENCARNACION.

6          8.   On September 13, 2011, it was confirmed that one
7  adult and two child Greyhound bus tickets were purchased
8  September 12, 2011, under the name MICHAEL ENCARNACION at the Los
9  Angeles Greyhound Bus Terminal.  The bus was scheduled to depart
10 Los Angeles at 2:00pm on September 12, 2011, and arrive Tijuana
11 Central Terminal in Mexico at 6:10pm on September 12, 2011.  Los
12 Angeles Greyhound Bus Terminal surveillance video showed LOPEZ,
13 with MARIEL and LUIS, purchase the tickets and revealed that
14 LOPEZ was wearing white gloves.  Subsequent interviews of
15 Greyhound employees confirmed LOPEZ, MARIEL and LUIS got on the
16 bus in Los Angeles, California, and did not get off the bus at
17 the San Diego Greyhound Bus Terminal in San Diego, California,
18 the last stop before San Ysidro, California, a port of entry into
19 Mexico.

20         9.   On September 19, 2011, MARTINEZ received a phone
21 call from LOPEZ's mother.  LOPEZ's mother told MARTINEZ that she
22 had not seen or heard from LOPEZ but she had visited MENDIZABAL's
23 family in Mexico and told them that LOPEZ's house was burglarized
24 and MENDIZABAL was murdered during the burglary.  LOPEZ's mother
25 requested that if MENDIZABAL's family called MARTINEZ to find out
26 what happened to tell them the same story.  LOPEZ's mother told
27 MARTINEZ that she feared that if MARTINEZ did not tell the same
28 story, MENDIZABAL's family would kill LOPEZ's family.

3

1           9.    Based on the above information, there is probable

2    cause to believe that MAICO ENCARNACION LOPEZ has unlawfully fled

3    the United States to avoid prosecution for homicide and it is

4    respectfully requested that a federal arrest warrant for MAICO

5    ENCARNACION LOPEZ be issued for a violation of 18 U.S.C. Section

6    1073, Unlawful Flight to Avoid Prosecution.

7

8

9

10

11                       Donna Elayhe Coyle

12                       Special Agent
                         Federal Bureau of Investigation

13

14

15

16

17

18   SWORN TO BEFORE ME, AND SUBSCRIBED
     IN MY PRESENCE THIS 27 DAY OF
19   SEPTEMBER, 2011

20
     JENNIFER L. THURSTON
21   United States Magistrate Judge

22

23

24

25

26

27

28

                                               4